IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MINT LOCKER LLC, A NEVADA LIMITED LIABILITY COMPANY; MINT LOCKER OPERATING LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LAUREN LUCKEY, AN INDIVIDUAL, Appellants, vs. ARMORED EMPIRE, LLC, A NEVADA LIMITED LIABILITY COMPANY, Respondent. | No. 82080 <br><br> FILED <br><br> DEC 09 2020 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This appeal was docketed on November 13, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellants to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. Although appellants subsequently filed a notice of withdrawal of appeal, to date, appellants still have not paid the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee.[1] *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Hutchings Law Group, LLC
       Williams Starbuck
       Eighth District Court Clerk

[1]In light of this order no action will be taken on the notice of withdrawal of this appeal.

20-44759